**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Long Island Lighting Company, and Nigara Mohawk Power Corporation, Plaintiffs–Appellants,**

v.

**John D. ASHCROFT, Attorney General of the United States, Defendant–Appellee.**

**No. 01–1304.**

United States Court of Appeals, Federal Circuit.

Jan. 7, 2003.

ON MOTION

*ORDER*

Upon consideration of Consolidated Edison Company of New York, Inc. et al.'s unopposed motion to dismiss 01–1304,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.